Certificate Number: 05781-FLM-DE-041276793

Bankruptcy Case Number: 26-06769



05781-FLM-DE-041276793

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2026</u>, at <u>11:13</u> o'clock <u>AM PDT</u>, <u>Luis Velasquez - Ceballo</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>August 2, 2026</u>          By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>