Certificate Number: 05781-FLM-DE-041273500

Bankruptcy Case Number: 26-05138



05781-FLM-DE-041273500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2026, at 4:58 o'clock PM PDT, Lidia Martinez Fernandez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 31, 2026                         By:      /s/Allison M Geving

                                              Name:   Allison M Geving

                                              Title:   President